MAHONING COUNTY BAR ASSOCIATION *v.* WALSH.

(D.D. No. 80-21—Decided May 20, 1981.)

*Mr. John DeFazio,* for relator.

178

*Per Curiam.* Upon examination and review of the record in this cause, we concur in the finding of the board that Walsh violated DR 6-101(A)(3) and DR 7-101(A)(2), but we are unable to concur in the sanction recommended by the board. A more severe sanction than public reprimand is warranted. It is ordered that John T. Walsh be suspended from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, STRAUSBAUGH, SWEENEY, LOCHER, HOLMES and C. BROWN, JJ., concur.

STRAUSBAUGH, J., of the Tenth Appellate District, sitting for P. BROWN, J.